# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**TRACY BARBER**

                **Plaintiff**

    vs.                              CASE NUMBER: 1:11-CV-526 (GTS/RFT)

**UNITED STATES OF AMERICA**

                **Defendant**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's amended complaint is DISMISSED in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

All of the above pursuant to the Decision and Order of the Honorable District Judge, Glenn T. Suddaby, dated the 24th day of October, 2011.

FURTHER CERTIFIED that for purposes of 28 U.S.C. § 1915(a)(3), any appeal taken from the above referenced Decision and Order would not be taken in good faith.

DATED: October 24, 2011

Clerk of Court

        s/ Melissa Ennis
        Melissa Ennis
        Deputy Clerk